IN THE SUPREME COURT OF THE STATE OF DELWARE

NORTHEASTERN AVIATION CORP., §
                             §
        Defendant-Below,      §       No. 192, 2019
        Appellant,            §
                             §       Court Below:
        v.                    §       Court of Chancery
                             §       of the State of Delaware
FRED L. PASTERNACK,           §
                             §       C.A. No. 12082-VCMR
        Plaintiff-Below,      §
        Appellee.             §

Submitted:  October 16, 2019
Decided:  October 21, 2019

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

# O R D E R

This 21st day of October, 2019, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated November 9, 2018;

NOW, THEREFORE IT IS ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice